Form 014

**UNITED STATES BANKRUPTCY COURT**  26
**WESTERN DISTRICT OF PENNSYLVANIA**  jhel

In re:  Bankruptcy Case No.: 23−10045−JAD

Chapter: 13

**Maria Lynn Caldwell**
  Debtor(s)

## ORDER OF COURT

**AND NOW,** this The 7th of April, 2023, in consideration of the Debtor(s) amendment to **Schedule C at ECF No. 25 filed on 4/6/23**

  **IT IS HEREBY ORDERED** that the **MOVANT SHALL IMMEDIATELY SERVE A COPY OF THIS ORDER AND THE AMENDMENT ON ALL PARTIES LISTED ON THE CLERK'S OFFICE MAILING MATRIX, THE TRUSTEE AND THE UNITED STATES TRUSTEE.**

  **IT IS FURTHER ORDERED** that Movant shall file a certificate of service within seven (7) days from receipt of this Order with the Clerk, U.S. Bankruptcy Court.

  **IT IS FURTHER ORDERED** that any objection to discharge (if applicable), request for a 341 meeting (if applicable), and/or objections to exemptions shall be filed on or before **5/8/23 or the date set forth in the Section 341 Meeting Notice, whichever is later.**

  **IT IS FURTHER ORDERED** that if no objections to the amendment are filed, the amendment is accepted for filing. If objections to the amendment are filed, a hearing will be scheduled.

  **FAILURE TO SERVE** the appropriate documents and file a timely Certificate of Service will result in the Amendment being rendered **NULL AND VOID** without further Order of Court.

  **IF APPLICABLE, FAILURE TO PAY THE REQUIRED FILING FEE WITHIN SEVEN (7) DAYS OF THE DATE OF THIS ORDER** will result in the Amendment being rendered **NULL AND VOID** without further Order of Court.

<u>Jeffery A. Deller</u>
Judge

cm: Debtor
   Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10045-JAD |
| Maria Lynn Caldwell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 07, 2023 | Form ID: 014 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maria Lynn Caldwell, 3515 Hazel Street, Erie, PA 16508-2634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 09, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Maria Lynn Caldwell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4