IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 23-10045-JAD** |
| | : | |
| **Maria Lynn Caldwell,** | : | **CHAPTER 13** |
| Debtor, | : | |
| _____ | : | **RELATED TO DOCKET NO.: 25** |

### CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedule C** that was filed on April 6, 2023, Order, and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: April 12, 2023

*By: /s/ Marci Shetler*
Marci Shetler, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          PRA Receivables Management, LLC          U.S. Bankruptcy Court
0315-1                                   PO Box 41021                             U.S. Courthouse, Room B160
Case 23-10045-JAD                        Norfolk, VA 23541-1021                   17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA                                                  Erie, PA 16501-1169
Erie
Wed Apr 12 14:24:19 EDT 2023

Bank of America                          Barclays Bank Delaware                   Capital One Bank
Attn: Bankruptcy                         P.O. Box 8803                            Attn: Bnakruptcy
4909 Savarese Circle                     Wilmington, DE 19899-8803                P.O. Box 30285
Tampa, FL 33634-2413                                                              Salt Lake City, UT 84130-0285


Capital One Bank/Kohl's                  (p)JPMORGAN CHASE BANK  N A              Citibank/Sears
Attn: Credit Administrator               BANKRUPTCY MAIL INTAKE TEAM              Citibank/Centralized Bankruptcy
P.O. Box 3043                            700 KANSAS LANE FLOOR 01                 P.O. Box 790034
Milwaukee, WI 53201-3043                 MONROE LA 71203-4774                     St Louis, MO 63179-0034


Citibank/The Home Depot                  Citibank/The Home Depot                  Comenity Bank/Victoria's Secret
Citicorp Credit Srvs/Centralized Bk Dept P.O. Box 6497                            Attn: Bankruptcy
P.O. Box 790034                          Sioux Falls, SD 57117-6497               P.O. Box 182125
St Louis, MO 63179-0034                                                           Columbus, OH 43218-2125


Comenity Bank/Wayfair                    Comenity Capital/Boscov                  Discover Bank
Attn: Bankruptcy                         Attn: Bankruptcy Dept                    Discover Products Inc
P.O. Box 182125                          P.O. Box 182125                          PO Box 3025
Columbus, OH 43218-2125                  Columbus, OH 43218-2125                  New Albany, OH  43054-3025


Discover Financial                       Erie Federal Credit Union                (p)FIRST FEDERAL CREDIT CONTROL  INC
Attn: Bankruptcy                         Attn: Bankruptcy                         24700 CHAGRIN BLVD
P.O. Box 3025                            3503 Peach Street                        SUITE 205
New Albany, OH 43054-3025                Erie, PA 16508-2741                      BEACHWOOD OH 44122-5662


(p)FIRST NATIONAL BANK OF OMAHA          Hamot Surgery Center                     KeyBank
1620 DODGE ST                            200 State Street                         Attn: Bankruptcy
STOP CODE 3113                           Erie, PA 16550-0001                      4910 Tiedman Rd.
OMAHA NE 68102-1593                                                               Brooklyn, OH 44144-2338


KeyBank NA                               LVNV Funding, LLC                        Mariner Finance
4910 Tiedeman Rd. Brooklyn, OH 44144     Resurgent Capital Services               Attn: Bankruptcy
                                         PO Box 10587                             8211 Town Center Drive
                                         Greenville, SC 29603-0587                Nottingham, MD 21236-5904


Mariner Finance, LLC                     Marquette Savings Bank                   Northwest Bank
8211 Town Center Drive                   920 Peach Street                         Attn: Bankruptcy
Nottingham, MD 21236-5904                Erie, PA 16501-1486                      P.O. Box 128
                                                                                  Warren, PA 16365-0128


Office of the United States Trustee      PA Department of Revenue                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Liberty Center.                          Bankruptcy Division                      PO BOX 41067
1001 Liberty Avenue, Suite 970           PO Box 280946                            NORFOLK VA 23541-1067
Pittsburgh, PA 15222-3721                Harrisburg, PA 17128-0946
```

```
Specialized Loan Servicing LLC          Synchrony Bank                           Synchrony Bank/Amazon
Attn: Bankruptcy                        c/o of PRA Receivables Management, LLC   Attn: Bankruptcy
P.O. Box 630147                         PO Box 41021                             P.O. Box 965060
Littleton, CO 80163-0147                Norfolk, VA 23541-1021                   Orlando, FL 32896-5060


Synchrony Bank/American Eagle           Synchrony Bank/Care Credit               Synchrony Bank/HHGregg
Attn: Bankruptcy                        Attn:  Bankruptcy Dept                   Attn: Bankruptcy
P.O. Box 965060                         P.O. Box 965064                          P.O. Box 965060
Orlando, FL 32896-5060                  Orlando, FL 32896-5064                   Orlando, FL 32896-5060


Synchrony Bank/JC Penney                Synchrony Bank/Lowes                     Synchrony Bank/Old Navy
Attn: Bankruptcy                        Attn:  Bankruptcy                        Attn: Bankruptcy
P.O. Box 965060                         P.O. Box 965060                          P.O. Box 965060
Orlando, FL 32896-5060                  Orlando, FL 32896-5060                   Orlando, FL 32896-5060


The Bank of New York Mellon Trustee (See 410   (p)UPGRADE  INC                   Wells Fargo Bank NA
c/o Specialized Loan Servicing LLC             2 N CENTRAL AVE                   Attn: Bankruptcy Department
6200 S. Quebec Street, Suite 300               10TH FLOOR                        3476 Stateview Boulevard
Greenwood Village, Colorado 80111-4720         PHOENIX AZ 85004-2322             Fort Mill, SC 29715-7200


Wells Fargo Bank, N.A.                  Wells Fargo Jewelry Advantage            Wells Fargo/Furniture Marketing Group
PO Box 10438, MAC F8235-02F             P.O. Box 14517                           Attn: Bankruptcy
Des Moines, IA  50306-0438              Des Moines, IA 50306-3517                P.O. Box 10438
                                                                                 Des Moines, IA 50306-0438


Daniel P. Foster                        Maria Lynn Caldwell                      Ronda J. Winnecour
Foster Law Offices                      3515 Hazel Street                        Suite 3250, USX Tower
1210 Park Avenue                        Erie, PA 16508-2634                      600 Grant Street
Meadville, PA 16335-3110                                                         Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services                     First Federal Credit Control             First National Bank
Attn: Bankruptcy                        Attn: Bankruptcy                         Attn: Bankruptcy
P.O. Box 15298                          24700 Chagrin Blvd                       P.O. Box 3128
Wilmington, DE 19850                    Suite 205                                Omaha, NE 68103
                                        Cleveland, OH 44122


(d)First National Bank of Omaha         Portfolio Recovery Associates, LLC       Upgrade, Inc.
1620 Dodge Street, Stop Code 3113       POB 12914                                Attn: Bankruptcy
Omaha, Nebraska 68197                   Norfolk VA 23541                         275 Battery Street
                                                                                 23rd Floor
                                                                                 San Francisco, CA 94111
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank of New York Mellon FKA The Bank o

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48