**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10045-JAD |
| | : | |
| Maria Lynn Caldwell, | : | Chapter 13 |
| Debtor, | : | |
| _____ | : | Related to Docket No: 29 |
| Maria Lynn Caldwell, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING**
**DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 6, 2023, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on May 26, 2023 at 11:00 A.M. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at

http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: April 19, 2023

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Debtor's Application to Employ Special Counsel, Affidavit, and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>April 19, 2023    </u>

*By: /s/Sarah Hunt*
Sarah Hunt, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

Label Matrix for local noticing
0315-1
Case 23-10045-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Wed Apr 19 14:58:22 EDT 2023

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

Capital One Bank
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank/Kohl's
Attn: Credit Administrator
P.O. Box 3043
Milwaukee, WI 53201-3043

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank/Sears
Citibank/Centralized Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk Dept
P.O. Box 790034
St Louis, MO 63179-0034

Citibank/The Home Depot
P.O. Box 6497
Sioux Falls, SD 57117-6497

Comenity Bank/Victoria's Secret
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-2125

Comenity Bank/Wayfair
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-2125

Comenity Capital/Boscov
Attn: Bankruptcy Dept
P.O. Box 182125
Columbus, OH 43218-2125

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
P.O. Box 3025
New Albany, OH 43054-3025

Erie Federal Credit Union
Attn: Bankruptcy
3503 Peach Street
Erie, PA 16508-2741

(p)FIRST FEDERAL CREDIT CONTROL  INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5662

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Hamot Surgery Center
200 State Street
Erie, PA 16550-0001

KeyBank
Attn: Bankruptcy
4910 Tiedman Rd.
Brooklyn, OH 44144-2338

KeyBank NA
4910 Tiedeman Rd. Brooklyn, OH 44144

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Marquette Savings Bank
920 Peach Street
Erie, PA 16501-1486

Northwest Bank
Attn: Bankruptcy
P.O. Box 128
Warren, PA 16365-0128

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Specialized Loan Servicing LLC
Attn: Bankruptcy
P.O. Box 630147
Littleton, CO 80163-0147

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Amazon
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060


Synchrony Bank/American Eagle
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
P.O. Box 965064
Orlando, FL 32896-5064

Synchrony Bank/HHGregg
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060


Synchrony Bank/JC Penney
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Old Navy
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060


The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111-4720

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-2322

Wells Fargo Bank NA
Attn: Bankruptcy Department
3476 Stateview Boulevard
Fort Mill, SC 29715-7200


Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wells Fargo Jewelry Advantage
P.O. Box 14517
Des Moines, IA 50306-3517

Wells Fargo/Furniture Marketing Group
Attn: Bankruptcy
P.O. Box 10438
Des Moines, IA 50306-0438


Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Maria Lynn Caldwell
3515 Hazel Street
Erie, PA 16508-2634

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd
Suite 205
Cleveland, OH 44122

First National Bank
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103


(d)First National Bank of Omaha
1620 Dodge Street, Stop Code 3113
Omaha, Nebraska 68197

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street
23rd Floor
San Francisco, CA 94111


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank of New York Mellon FKA The Bank o

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 47 |
| Bypassed recipients | 1 |
| Total | 48 |