Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 23–10045–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Maria Lynn Caldwell
3515 Hazel Street
Erie, PA 16508

Social Security No.:
xxx–xx–2112

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Telephone number:  814.724.1165

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 6, 2023
01:00 PM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
June 6, 2023
01:00 PM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/3/23

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Maria Lynn Caldwell

    Debtor

Case No. 23-10045-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: auto           Page 1 of 4

Date Rcvd: May 03, 2023       Form ID: rsc13           Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Lynn Caldwell, 3515 Hazel Street, Erie, PA 16508-2634 |
| 15566046 | + | Hamot Surgery Center, 200 State Street, Erie, PA 16550-0001 |
| 15569534 | | KeyBank NA, 4910 Tiedeman Rd. Brooklyn, OH 44144 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 23:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 03 2023 23:42:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15566031 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2023 23:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15566032 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 03 2023 23:38:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15566033 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2023 23:42:07 | Capital One Bank, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15566034 | + | Email/Text: PBNCNotifications@peritusservices.com | May 03 2023 23:38:00 | Capital One Bank/Kohl's, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15566036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:42:09 | Citibank/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15566038 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:42:31 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15566037 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:42:25 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk Dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15566039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 23:38:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15566040 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 23:38:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15566041 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 23:38:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15568476 | | Email/Text: mrdiscen@discover.com | May 03 2023 23:38:00 | Discover Bank, Discover Products Inc, PO Box |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: rsc13 | Total Noticed: 46 |

|  |  |  |  | 3025, New Albany, OH 43054-3025 |
|---|---|---|---|---|
| 15566042 | + | Email/Text: mrdiscen@discover.com | May 03 2023 23:38:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15566043 | + | Email/Text: kslater@eriefcu.org | May 03 2023 23:38:00 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15566044 |  | Email/Text: rj@ffcc.com | May 03 2023 23:38:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 15566045 |  | Email/Text: collecadminbankruptcy@fnni.com | May 03 2023 23:38:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15572309 |  | Email/Text: collecadminbankruptcy@fnni.com | May 03 2023 23:38:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 15566035 |  | Email/PDF: ais.chase.ebn@aisinfo.com | May 03 2023 23:42:13 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 15566047 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 03 2023 23:39:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 15582035 |  | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:42:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15566048 | + | Email/Text: bankruptcy@marinerfinance.com | May 03 2023 23:38:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15582785 | + | Email/Text: bankruptcy@marinerfinance.com | May 03 2023 23:38:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15566049 | + | Email/Text: anthony.stuart@marquettesavings.bank | May 03 2023 23:39:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 15566050 | + | Email/Text: angela.abreu@northwest.com | May 03 2023 23:38:00 | Northwest Bank, Attn: Bankruptcy, P.O. Box 128, Warren, PA 16365-0128 |
| 15567709 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 23:39:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15589572 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 03 2023 23:42:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15566051 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 03 2023 23:38:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 15566099 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15566052 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:13 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566053 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:12 | Synchrony Bank/American Eagle, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566054 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15566055 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:13 | Synchrony Bank/HHGregg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566056 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:06 | Synchrony Bank/JC Penney, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566057 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566058 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:42:25 | Synchrony Bank/Old Navy, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15587240 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com |  |  |

District/off: 0315-1 | User: auto | Page 3 of 4
Date Rcvd: May 03, 2023 | Form ID: rsc13 | Total Noticed: 46

| | | May 03 2023 23:38:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15566059 | Email/Text: bknotice@upgrade.com | | |
| | | May 03 2023 23:38:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15566060 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | May 03 2023 23:42:13 | Wells Fargo Bank NA, Attn: Bankruptcy Department, 3476 Stateview Boulevard, Fort Mill, SC 29715-7200 |
| 15577731 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | May 03 2023 23:42:27 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15566061 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | May 03 2023 23:42:21 | Wells Fargo Jewelry Advantage, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 15566062 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | May 03 2023 23:42:07 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, P.O. Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| 15587241 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Maria Lynn Caldwell dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1        User: auto        Page 4 of 4

Date Rcvd: May 03, 2023        Form ID: rsc13        Total Noticed: 46

TOTAL: 4