# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10045-JAD |
| | : | |
| Maria Lynn Caldwell, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 29 |
| Maria Lynn Caldwell, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the APPLICATION TO EMPLOY SPECIAL COUNSEL, filed on April 19, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than May 6, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 8, 2023

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding the Application to Employ Special Counsel by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  May 8, 2023

By: /s/ *Kristen Dennis*
KRISTEN DENNIS, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 23-10045-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Apr 19 14:58:22 EDT 2023 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Capital One Bank<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank/Kohl's<br>Attn: Credit Administrator<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank/Sears<br>Citibank/Centralized Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk Dept<br>P.O. Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity Bank/Victoria's Secret<br>Attn: Bankruptcy<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Wayfair<br>Attn: Bankruptcy<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital/Boscov<br>Attn: Bankruptcy Dept<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Erie Federal Credit Union<br>Attn: Bankruptcy<br>3503 Peach Street<br>Erie, PA 16508-2741 | (p)FIRST FEDERAL CREDIT CONTROL INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5662 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | Hamot Surgery Center<br>200 State Street<br>Erie, PA 16550-0001 | KeyBank<br>Attn: Bankruptcy<br>4910 Tiedman Rd.<br>Brooklyn, OH 44144-2338 |
| KeyBank NA<br>4910 Tiedeman Rd. Brooklyn, OH 44144 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mariner Finance<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Marquette Savings Bank<br>920 Peach Street<br>Erie, PA 16501-1486 | Northwest Bank<br>Attn: Bankruptcy<br>P.O. Box 128<br>Warren, PA 16365-0128 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Specialized Loan Servicing LLC<br>Attn: Bankruptcy<br>P.O. Box 630147<br>Littleton, CO 80163-0147 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/American Eagle<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/JC Penney<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Old Navy<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Wells Fargo Bank NA<br>Attn: Bankruptcy Department<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7200 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Jewelry Advantage<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo/Furniture Marketing Group<br>Attn: Bankruptcy<br>P.O. Box 10438<br>Des Moines, IA 50306-0438 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Maria Lynn Caldwell<br>3515 Hazel Street<br>Erie, PA 16508-2634 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. Box 15298<br>Wilmington, DE 19850 | First Federal Credit Control<br>Attn: Bankruptcy<br>24700 Chagrin Blvd<br>Suite 205<br>Cleveland, OH 44122 | First National Bank<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha, NE 68103 |
| (d)First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street<br>23rd Floor<br>San Francisco, CA 94111 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank of New York Mellon FKA The Bank o

End of Label Matrix
**Mailable recipients** 47
**Bypassed recipients** 1
**Total** 48