# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10045-JAD |
| | : | |
| Maria Lynn Caldwell, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 36 |
| Maria Lynn Caldwell, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Default Order Granting Application to Employ Amanda J. Bonnesen, Esquire, of Berger and Green as Special Counsel* by First-Class Mail, U.S. Postage Paid on the parties below.

Date: May 18, 2023

By: /s/ *Marci Shetler*
MARCI SHETLER, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          PRA Receivables Management, LLC          1
0315-1                                    PO Box 41021                             U.S. Bankruptcy Court
Case 23-10045-JAD                         Norfolk, VA 23541-1021                   U.S. Courthouse, Room B160
WESTERN DISTRICT OF PENNSYLVANIA                                                   17 South Park Row
Erie                                                                               Erie, PA 16501-1169
Wed Apr 19 14:58:22 EDT 2023

Bank of America                           Barclays Bank Delaware                   Capital One Bank
Attn: Bankruptcy                          P.O. Box 8803                            Attn: Bnakruptcy
4909 Savarese Circle                      Wilmington, DE 19899-8803                P.O. Box 30285
Tampa, FL 33634-2413                                                               Salt Lake City, UT 84130-0285


Capital One Bank/Kohl's                   (p)JPMORGAN CHASE BANK  N A              Citibank/Sears
Attn: Credit Administrator                BANKRUPTCY MAIL INTAKE TEAM              Citibank/Centralized Bankruptcy
P.O. Box 3043                             700 KANSAS LANE FLOOR 01                 P.O. Box 790034
Milwaukee, WI 53201-3043                  MONROE LA 71203-4774                     St Louis, MO 63179-0034


Citibank/The Home Depot                   Citibank/The Home Depot                  Comenity Bank/Victoria's Secret
Citicorp Credit Srvs/Centralized Bk Dept  P.O. Box 6497                            Attn: Bankruptcy
P.O. Box 790034                           Sioux Falls, SD 57117-6497               P.O. Box 182125
St Louis, MO 63179-0034                                                            Columbus, OH 43218-2125


Comenity Bank/Wayfair                     Comenity Capital/Boscov                  Discover Bank
Attn: Bankruptcy                          Attn: Bankruptcy Dept                    Discover Products Inc
P.O. Box 182125                           P.O. Box 182125                          PO Box 3025
Columbus, OH 43218-2125                   Columbus, OH 43218-2125                  New Albany, OH  43054-3025


Discover Financial                        Erie Federal Credit Union                (p)FIRST FEDERAL CREDIT CONTROL  INC
Attn: Bankruptcy                          Attn: Bankruptcy                         24700 CHAGRIN BLVD
P.O. Box 3025                             3503 Peach Street                        SUITE 205
New Albany, OH 43054-3025                 Erie, PA 16508-2741                      BEACHWOOD OH 44122-5662


(p)FIRST NATIONAL BANK OF OMAHA           Hamot Surgery Center                     KeyBank
1620 DODGE ST                             200 State Street                         Attn: Bankruptcy
STOP CODE 3113                            Erie, PA 16550-0001                      4910 Tiedman Rd.
OMAHA NE 68102-1593                                                                Brooklyn, OH 44144-2338


KeyBank NA                                LVNV Funding, LLC                        Mariner Finance
4910 Tiedeman Rd. Brooklyn, OH 44144      Resurgent Capital Services               Attn: Bankruptcy
                                          PO Box 10587                             8211 Town Center Drive
                                          Greenville, SC 29603-0587                Nottingham, MD 21236-5904


Mariner Finance, LLC                      Marquette Savings Bank                   Northwest Bank
8211 Town Center Drive                    920 Peach Street                         Attn: Bankruptcy
Nottingham, MD 21236-5904                 Erie, PA 16501-1486                      P.O. Box 128
                                                                                   Warren, PA 16365-0128


Office of the United States Trustee       PA Department of Revenue                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Liberty Center.                           Bankruptcy Division                      PO BOX 41067
1001 Liberty Avenue, Suite 970            PO Box 280946                            NORFOLK VA 23541-1067
Pittsburgh, PA 15222-3721                 Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Specialized Loan Servicing LLC<br>Attn: Bankruptcy<br>P.O. Box 630147<br>Littleton, CO 80163-0147 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/American Eagle<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/JC Penney<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Old Navy<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Wells Fargo Bank NA<br>Attn: Bankruptcy Department<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7200 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Wells Fargo Jewelry Advantage<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo/Furniture Marketing Group<br>Attn: Bankruptcy<br>P.O. Box 10438<br>Des Moines, IA 50306-0438 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Maria Lynn Caldwell<br>3515 Hazel Street<br>Erie, PA 16508-2634 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. Box 15298<br>Wilmington, DE 19850 | First Federal Credit Control<br>Attn: Bankruptcy<br>24700 Chagrin Blvd<br>Suite 205<br>Cleveland, OH 44122 | First National Bank<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha, NE 68103 |
| (d)First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street<br>23rd Floor<br>San Francisco, CA 94111 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank of New York Mellon FKA The Bank o

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48