FILED
5/17/23 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10045-JAD |
| | : | |
| Maria Lynn Caldwell, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to ECF No. 29 |
| Maria Lynn Caldwell, | : | Hearing: May 26, 2023 at 11 a.m. |
| Movant, | : | |
| | : | **DEFAULT O/E JAD** |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**ORDER ON APPLICATION TO EMPLOY SPECIAL COUNSEL**

**AND NOW**, this 17th day of May, 2023, upon consideration of the Movant's APPLICATION TO EMPLOY SPECIAL COUNSEL, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1.) Amanda J. Bonnesen, Esquire, of Berger and Green is hereby appointed Special Counsel for Movant on the terms of forty percent (25%) of any and all past due benefits recovered by agreement, settlement, verdict or award, all pursuant to the terms described in the Fee Agreement attached to the above referenced Motion for the limited purpose of acting as an attorney in connection with social security disability benefits claim.

2.) Professional persons or entities performing service in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorney involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

3.) Approval of any Application for Appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms and is not a preapproval of compensation pursuant to 11 U.S.C. § 328(a). Final compensation awarded only after notice and hearing, may be more or less than the requested hourly

rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

4.) Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____
**Jeffery A. Deller,** *Judge*
*United States Bankruptcy Court*

Case Administrator to serve:
Daniel Foster, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-10045-JAD
Maria Lynn Caldwell  Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 1
Date Rcvd: May 17, 2023 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

**Recip ID   Recipient Name and Address**
db        + Maria Lynn Caldwell, 3515 Hazel Street, Erie, PA 16508-2634

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023 Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
 on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bnicholas@kmllawgroup.com

Daniel P. Foster
 on behalf of Debtor Maria Lynn Caldwell dan@mrdebtbuster.com
 katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 4