**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Maria Lynn Caldwell, | : | Bankruptcy No: 23-10045-JAD |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 39 |
| | : | |
| Wells Fargo Bank NA, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Wells Fargo Bank NA**
**Incorrect Address:**  **3476 Stateview Boulevard Fort Mill, SC 29715-7200**
**Correct Address:**    **420 Montgomery Street San Francisco, CA 94104**

Respectfully Submitted,

Date: <u>May 22, 2023</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors