**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10045-JCM |
| | : | |
| Maria Lynn Caldwell, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 50 |
| Maria Lynn Caldwell, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION TO APPROVE SOCIAL SECURITY SETTLEMENT**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 12, 2023 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on October 31, 2023, at 2:00 P.M. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>September 25, 2023</u>

Respectfully submitted,
<u>/s/ Daniel P. Foster, Esquire</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Motion to Approve Social Security Settlement* and *Notice of Hearing* by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: <u>September 25, 2023</u> | *By: /s/ Kristen N. Dennis* <br> Kristen N. Dennis, PARALEGAL <br> FOSTER LAW OFFICES <br> 1210 Park Avenue <br> Meadville, PA 16335 <br> Tel 814.724.1165 <br> Fax 814.724.115 |

**MATRIX**

Maria Lynn Caldwell
3515 Hazel Street
Erie, PA 16508
*Service via US Mail*

Berger & Green
c/o Amanda J. Bonnesen, Esquire
abonnesen@BergerandGreen.com
*Service via Electronic Mail*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via  CM/ECF*