**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-10045-JCM |
| | : | |
| Maria Lynn Caldwell, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No: 50 |
| Maria Lynn Caldwell, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Motion to Approve Social Security Settlement**, filed on September 25, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than October 12, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: October 13, 2023

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Certificate of No Objection* by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: October 13, 2023 | *By: /s/ Caitlyn Campbell* |
| | Caitlyn Campbell, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.115 |

**MATRIX**

Maria Lynn Caldwell
3515 Hazel Street
Erie, PA 16508
*Service via US Mail*

Berger & Green
c/o Amanda J. Bonnesen, Esquire
abonnesen@BergerandGreen.com
*Service via Electronic Mail*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via  CM/ECF*