N

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


IN RE:                                              :        Case No: 23-10045-JCM
                                                    :
        Maria Lynn Caldwell,                        :        Chapter 13
                    Debtor,                          :
_____:            Related to Docket No: 50
        Maria Lynn Caldwell,                        :
                    Movant,                          :
                                                    :
            vs.                                      :
                                                    :
        Ronda J. Winnecour, Esquire,                :
                    Chapter 13 Trustee,             :
                    Respondent.                      :


**ORDER AUTHORIZING SOCIAL SECURITY SETTLEMENT**

**AND NOW**, this ___16th___ day of _____October_____, 2023, upon consideration of the Motion to Approve Social Security Settlement filed by the Debtor, Maria Lynn Caldwell, it is hereby ORDERED and DECREED as follows:

1.) The gross settlement of $16,313.00 is GRANTED and fully exempt pursuant to 11 U.S.C § 522 (d)(10)(A).

2.) $4,078.25 of special counsel fees are GRANTED and shall be payable to Berger & Green pursuant to approved fee agreement.

_glb_

_____
John C. Melaragno, *Judge*
*United States Bankruptcy Court*

SIGNED
10/16/23 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-10045-JCM |
|---|---|
| Maria Lynn Caldwell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Lynn Caldwell, 3515 Hazel Street, Erie, PA 16508-2634 |
| sp | + | Amanda J. Bonnesen, Law Firm of Berger and Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4793 |
| 15566046 | + | Hamot Surgery Center, 200 State Street, Erie, PA 16550-0001 |
| 15569534 | | KeyBank NA, 4910 Tiedeman Rd. Brooklyn, OH 44144 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 17 2023 05:11:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15566031 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 17 2023 06:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15566032 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 17 2023 06:38:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15566033 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 04:57:55 | Capital One Bank, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15566034 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2023 06:38:00 | Capital One Bank/Kohl's, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15566036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 04:59:24 | Citibank/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15566038 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 05:11:05 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15566037 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 04:59:23 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk Dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15566039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2023 06:38:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15566040 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2023 06:38:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15566041 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2023 06:38:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15568476 | | Email/Text: mrdiscen@discover.com | Oct 17 2023 06:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15566042 | + | Email/Text: mrdiscen@discover.com | Oct 17 2023 06:38:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15566043 | + | Email/Text: kslater@eriefcu.org | Oct 17 2023 06:38:36 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15566044 | | Email/Text: rj@ffcc.com | Oct 17 2023 06:38:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 15566045 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 17 2023 06:38:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15572309 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 17 2023 06:38:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 15566035 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2023 04:59:15 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 15566047 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 17 2023 06:39:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 15582035 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2023 04:57:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15566048 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2023 06:38:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15582785 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2023 06:38:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15566049 | + | Email/Text: anthony.stuart@marquettesavings.bank | Oct 17 2023 06:39:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 15566050 | + | Email/Text: angela.abreu@northwest.com | Oct 17 2023 06:38:00 | Northwest Bank, Attn: Bankruptcy, P.O. Box 128, Warren, PA 16365-0128 |
| 15567709 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2023 06:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15589572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2023 05:44:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15566051 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 17 2023 06:38:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 15566099 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 05:11:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15566052 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 04:57:54 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566053 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 04:59:23 | Synchrony Bank/American Eagle, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566054 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 05:24:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15566055 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 05:44:54 | Synchrony Bank/HHGregg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566056 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 04:57:46 | Synchrony Bank/JC Penney, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566057 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 05:44:47 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566058 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 05:12:02 | Synchrony Bank/Old Navy, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15587240 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 17 2023 06:38:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15566059 | | Email/Text: bknotice@upgrade.com | Oct 17 2023 06:38:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15566060 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

District/off: 0315-1                                  User: auto                                              Page 3 of 3
Date Rcvd: Oct 16, 2023                              Form ID: pdf900                                  Total Noticed: 45

| | | Oct 17 2023 05:13:30 | Wells Fargo Bank NA, Attn: Bankruptcy Department, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 15577731 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 17 2023 05:58:20 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15566061 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 17 2023 05:44:36 | Wells Fargo Jewelry Advantage, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 15566062 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Oct 17 2023 05:13:30 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, P.O. Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| 15587241 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Maria Lynn Caldwell dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4