# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/20/2026

IN RE:

MARIA LYNN CALDWELL
3515 HAZEL STREET
ERIE, PA 16508
XXX-XX-2112 Debtor(s)

Case No.23-10045

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/20/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK**** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 3181 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: LOWES/PRAE | |
| **MARQUETTE SAVINGS BANK** | Trustee Claim Number:2 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 920 PEACH STREET | Court Claim Number:7 | ACCOUNT NO.: 0155 |
| | CLAIM: 0.00 | |
| ERIE, PA 16501 | COMMENT: PMT/CL-PL*161.93X49+2=LMT*2ND*BGN 2/23 | |
| **MARQUETTE SAVINGS BANK** | Trustee Claim Number:3 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 920 PEACH STREET | Court Claim Number:NC | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ERIE, PA 16501 | COMMENT: OK TO CLOSE OFF/CONCIL NOTES*2ND/SCH*SCH@2?*NT PROV/PL | |
| **BANK OF NY MELLON - TRUSTEE ET AL** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC | Court Claim Number:14 | ACCOUNT NO.: 8171 |
| PO BOX 10826 | | |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603 | COMMENT: PMT/PL-NTC*DKT4PMT-LMT*1ST*BGN 2/23*FR BNY/SLS-DOC 68 | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.: 3685 |
| | CLAIM: 3,706.10 | |
| NORFOLK, VA 23541 | COMMENT: BARCLAY/AARP | |
| **DISCOVER BANK(*)** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:3 | ACCOUNT NO.: 3028 |
| PO BOX 3025 | | |
| | CLAIM: 3,183.99 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |
| **ERIE FEDERAL CREDIT UNION(*)** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3503 PEACH ST | Court Claim Number:6 | ACCOUNT NO.: 3207 |
| | CLAIM: 7,558.42 | |
| ERIE, PA 16508 | COMMENT: | |
| **ERIE FEDERAL CREDIT UNION(*)** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3503 PEACH ST | Court Claim Number:5 | ACCOUNT NO.: 8365 |
| | CLAIM: 1,316.14 | |
| ERIE, PA 16508 | COMMENT: LN 0201*SIGNED@SEAL 2/15/18 | |
| **FIRST FEDERAL CREDIT CONTROL** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 24700 CHAGRIN BLVD STE 205 | Court Claim Number:2 | ACCOUNT NO.: |
| | CLAIM: 937.50 | |
| CLEVELAND, OH 44122-5662 | COMMENT: X8909/SCH*HAMOT SRGRY CNTR | |
| **FIRST NATIONAL BANK OF OMAHA(*)** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106* | Court Claim Number:9 | ACCOUNT NO.: 6727 |
| | CLAIM: 6,306.44 | |
| OMAHA, NE 68197-3106 | COMMENT: X6979/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **KEYBANK NA**** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94968 | Court Claim Number:8 | ACCOUNT NO.: 6642 |
| | CLAIM: 5,433.65 | |
| CLEVELAND, OH 44101 | COMMENT: | |
| **MARINER FINANCE LLC*** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: BK DEPT | Court Claim Number:13 | ACCOUNT NO.: 5596 |
| 8110 CORPORATE DR | | |
| | CLAIM: 2,717.02 | |
| NOTTINGHAM, MD 21236 | COMMENT: X9618/SCH*NO PAYMENT EVER*11/22 LOAN | |
| **LVNV FUNDING LLC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.: 0477 |
| PO BOX 10587 | | |
| | CLAIM: 1,393.62 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*AMERICAN EAGLE | |
| **LVNV FUNDING LLC** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.: 3181 |
| PO BOX 10587 | | |
| | CLAIM: 386.69 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*LOWES | |
| **UPGRADE** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 275 BATTERY ST 23RD FL | Court Claim Number: | ACCOUNT NO.: 6959 |
| | CLAIM: 0.00 | |
| SAN FRANCISCO, CA 94111 | COMMENT: | |
| **LVNV FUNDING LLC** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.: 1986 |
| PO BOX 10587 | | |
| | CLAIM: 9,404.63 | |
| GREENVILLE, SC 29603-0587 | COMMENT: 2/21 DEBT | |
| **UPGRADE** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 275 BATTERY ST 23RD FL | Court Claim Number: | ACCOUNT NO.: 0694 |
| | CLAIM: 0.00 | |
| SAN FRANCISCO, CA 94111 | COMMENT: | |
| **WELLS FARGO BANK NA** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN PAYMENT PROCESSING | Court Claim Number:10 | ACCOUNT NO.: 6830 |
| PO BOX 14487 | | |
| | CLAIM: 389.77 | |
| DES MOINES, IA 50309 | COMMENT: 178806830*4746~FRNTR MRKTNG/SCH*W/23 | |
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:1 | ACCOUNT NO.: 2112 |
| PO BOX 280946 | | |
| | CLAIM: 33.74 | |
| HARRISBURG, PA 17128-0946 | COMMENT: CL1GOV*NT/SCH-PL | |
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:1 | ACCOUNT NO.: 2112 |
| PO BOX 280946 | | |
| | CLAIM: 26.92 | |
| HARRISBURG, PA 17128-0946 | COMMENT: NT/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MARQUETTE SAVINGS BANK** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 920 PEACH STREET | Court Claim Number:7 | ACCOUNT NO.: 0155 |
| | CLAIM: 803.17 | |
| ERIE, PA 16501 | COMMENT: $CL-PL*2ND*THRU 1/23 | |
| **ERIE FEDERAL CREDIT UNION(*)** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3503 PEACH ST | Court Claim Number:4 | ACCOUNT NO.: 8365 |
| | CLAIM: 331.49 | |
| ERIE, PA 16508 | COMMENT: NT/SCH*SHARE 0020*NEGATIVE CHKNG | |
| **WELLS FARGO BANK NA** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| ATTN PAYMENT PROCESSING | Court Claim Number:10 | ACCOUNT NO.: 6830 |
| PO BOX 14487 | CLAIM: 0.00 | |
| DES MOINES, IA 50309 | COMMENT: 178806830*SURR/CONF OE 10/6/23*CL=165.39*NO SEC/SCH-PL*W/18 | |
| **MARSH SCHAAF LLP** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 300 STATE ST STE 300 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ERIE, PA 16507 | COMMENT: /CL | |
| **BANK OF NY MELLON - TRUSTEE ET AL** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVCI | Court Claim Number:14 | ACCOUNT NO.: 8171 |
| PO BOX 10826 | CLAIM: 784.52 | |
| GREENVILLE, SC 29603 | COMMENT: $CL-PL*1ST*THRU 1/23*FR BNY/SLS-DOC 68 | |
| **KML LAW GROUP PC*** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: BANK OF NY MELLON/PRAE | |