FORM JCM 13-3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**Maria Lynn Caldwell**

**Debtor(s).**

**Case No. 23-10045-JCM**

**Chapter 13**

**Related to Doc Nos. 76 & 80**

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

☐ a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by: the Trustee

☐ a motion to lift stay
as to creditor ______________________________

☐ Other: ______________________________

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☐ Chapter 13 Plan dated _________
☒ Amended Chapter 13 Plan dated July 1, 2026

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☐ Debtor(s) Plan payments shall be changed from $ ______________ to $ _____________ per __________, effective ____________; and/or the Plan term shall be changed from ___ months to ____ months.

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve ______________________________ on or before __________.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as________________________________________ ________________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>The collateral for the claim of Wells Fargo (Claim #10) is surrendered.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

FORM JCM 13-3

**SO ORDERED**, this 16th day of September, 2026

Dated: September 16, 2026

dak

John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
9/16/26 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Daniel P. Foster
Daniel P. Foster (PA I.D. #92376)
Counsel to Debtor
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
814-724-1165
dan@mrdebtbuster.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 23-10045-JCM
Maria Lynn Caldwell Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 4
Date Rcvd: Sep 16, 2026 Form ID: pdf900 Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Lynn Caldwell, 3515 Hazel Street, Erie, PA 16508-2634 |
| sp | + | Amanda J. Bonnesen, Law Firm of Berger and Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4793 |
| 15566046 | + | Hamot Surgery Center, 200 State Street, Erie, PA 16550-0001 |
| 15569534 | | KeyBank NA, 4910 Tiedeman Rd. Brooklyn, OH 44144 |
| 15566050 | + | Northwest Bank, Attn: Bankruptcy, P.O. Box 128, Warren, PA 16365-0128 |
| 15566062 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, P.O. Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 00:50:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Sep 17 2026 00:44:00 | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2026 00:44:00 | The Bank of New York Mellon FKA The Bank of New Yo, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 15566031 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 17 2026 00:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15566032 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2026 00:44:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15566033 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 00:50:50 | Capital One Bank, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15566034 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 00:50:50 | Capital One Bank/Kohl's, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15566035 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2026 00:50:59 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15566036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2026 00:50:55 | Citibank/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15566038 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2026 00:51:02 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15566037 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2026 00:50:55 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk Dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15566039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2026 00:45:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15566040 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2026 00:45:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |

| | | | | |
|---|---|---|---|---|
| 15566041 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2026 00:45:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15568476 | | Email/Text: mrdiscen@discover.com | Sep 17 2026 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15566042 | + | Email/Text: mrdiscen@discover.com | Sep 17 2026 00:44:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15566043 | + | Email/Text: kslater@eriefcu.org | Sep 17 2026 00:45:00 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15566044 | | Email/Text: rj@ffcc.com | Sep 17 2026 00:44:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 15566045 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 17 2026 00:44:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15572309 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 17 2026 00:44:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 15566047 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 17 2026 00:45:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 15582035 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 00:50:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15566048 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 17 2026 00:44:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15582785 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 17 2026 00:44:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15566049 | + | Email/Text: anthony.stuart@marquettesavings.bank | Sep 17 2026 00:45:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 16439519 | | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2026 00:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15567709 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2026 00:45:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15589572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 00:50:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15566051 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 17 2026 00:44:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 15566099 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 00:50:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15566052 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 00:50:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566053 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 00:50:43 | Synchrony Bank/American Eagle, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566054 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 00:50:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15566055 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 00:50:51 | Synchrony Bank/HHGregg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566056 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 00:50:50 | Synchrony Bank/JC Penney, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566057 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 00:50:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15566058 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 00:50:50 | Synchrony Bank/Old Navy, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 965060, Orlando, FL 32896-5060 |
| 16425874 | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 00:44:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15587240 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 17 2026 00:44:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15566059 | | Email/Text: bknotice@upgrade.com | Sep 17 2026 00:44:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15566060 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 17 2026 00:50:52 | Wells Fargo Bank NA, Attn: Bankruptcy Department, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 15577731 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 17 2026 00:50:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15566061 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 17 2026 00:50:43 | Wells Fargo Jewelry Advantage, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| 15587241 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Maria Lynn Caldwell dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | |
|---|---|
| Robert Shearer | on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5